*J. D. Taylor* for the motion.

*H. A. Southworth* opposed.

*Per Curiam mem.* for granting motion.
All concur.
Appeal dismissed.

---

ANN A. HEMANS, Respondent, *v.* THE NEW YORK STATE
LIFE INSURANCE COMPANY, Appellant.

(Submitted June 20, 1876; decided September 19, 1876.)

*Geo. F. Comstock* for the appellant.

*W. E. Hughitt* for the respondent.

Agree to affirm. No opinion.
All concur; ANDREWS, J., absent.
Judgment affirmed.

---

THE PEOPLE ex rel. WALTER GRAY et al., Appellants, *v.*
MARCUS H. PHILLIPS et al., Respondents.

Although there may be no statutory limitation of time for bringing a
common-law *certiorari*, the writ and proceedings based upon it have no
office to perform when there is no legal right that can be enforced or
protected by it.

Under the provisions of the act authorizing the bonding of certain towns
in aid of the Lake Ontario Shore Railroad (chap. 811, Laws of 1868;
amended by chap. 241, Laws of 1869), proceedings for bonding the
town of Y. were completed and the requisite papers filed in the office
of the county clerk August 25, 1870. The commissioners of the town,
acting thereon, subscribed for stock in November, 1871, and in May,
1872, paid for the same by delivering town bonds to the full amount.
During that year the board of supervisors of the county made provision
by tax for payment of the interest for the ensuing year, and a semi-
annual installment was paid in April, 1873. The relators, tax-payers